15-CV-60187-Bloom/White
Case 0:15-cv-60187-BB Document 1 Entered on FLSD Docket 01/29/2015 Page 1 of 5

January 29, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

(1" from top of page, and centered, begin title of Court)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____ -CV- _____

(Judge's Last Name/Magistrate's Last Name)

Emmanuel Saye Blimie

(Full Name of Plaintiff/s) ,

Plaintiff (s)

vs. Wal-mart Stores, Inc

(Full Name of Defendant/s),

Defendant(s).

_____/

**TITLE OF DOCUMENT**

I, Emmanuel Blimie (plaintiff or defendant), in the above styled cause, was subjected to a retaliation based discrimination that resulted in unpaid overtime wage and termination. I am a male from Liberia. My employment began on or 8/31/2003. My most recent position held was Inventory Supervisor. From

March 2013 to July 2013, I was retaliated against when I complained about the discrimination, and Illegal Management practices and was falsely accused of stealing time when I took measures that I've always exercised since 2011; Measures available to all employees that I used to correct time worked taking HR personnel Norma to a Wal-mart hearing, adjusting time for breaks and lunches that I was prohibited from taking when there were lots of work to do, and picking up my supervisor Sherman Avery 30 minutes as I was required to do. Adjustment excludes time when Richard Hall prohibited me from punching the clock while others were required to.

WHEREFORE, Plaintiff demands Judgement against defendant for the sum of $150,000 with interest, unpaid overtime of about 400 hours, Mileage and costs. Plaintiff demands a Jury trial.





_Jan 28, 2015_
Dated: Month, day, year

Respectfully submitted,

_Emmanuel Blimie_
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

_7311 NW 37th Street #4_
Street Address

_Davie, FL 33024_
City, State, Zip Code

Telephone: _954-598-2306_

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____ [date]

on all counsel or parties of record on the Service List below.

_____
Signature of Filer